<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7093**

---

FREDRICK LYNWOOD FOLEY,

Plaintiff - Appellant,

versus

SERGEANT TALBERT; D. SWISHER,

Defendants - Appellees.

---

**No. 95-7100**

---

FREDRICK LYNWOOD FOLEY,

Plaintiff - Appellant,

versus

MS. WOOD,

Defendant - Appellee.

## No. 95-7221

FREDRICK LYNWOOD FOLEY,

Plaintiff - Appellant,

versus

LIEUTENANT BOYERS,

Defendant - Appellee.

Appeals from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, Samuel J. Wilson, District Judges. (CA-95-688-R, CA-95-691-R, CA-95-765)

Submitted: December 14, 1995      Decided: January 4, 1996

Before ERVIN, Chief Judge, and WIDENER and WILKINS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Fredrick Lynwood Foley, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's orders denying relief on his 42 U.S.C. § 1983 (1988) complaints. We have reviewed the records and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Foley v. Talbert, No. CA-95-688-R; Foley v. Wood, No. CA-95-691-R; Foley v. Boyers, No. CA-95-765 (W.D. Va. July 18, 1995; Aug. 4, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED